Delbert Russell, Respondent, v. Lehigh Valley Railroad Company, Appellant.

(Argued October 15, 1931; decided November 17, 1931.)

*Howard Cobb* for appellant.
*Merwin W. Lay* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ.